IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

FRANK MADISON                                                                                            PLAINTIFF

vs.                                              Civil No. 6:12-cv-6042

SHERIFF LARRY SANDERS,
Garland County, Arkansas                                                                         DEFENDANT

## JUDGMENT

Before the Court is the Report and Recommendation filed December 6, 2012, by the Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas. (ECF No. 12). Judge Marschewski recommends that the above-styled case be dismissed with prejudice for failure to prosecute and failure to follow a court order. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 2nd day of January, 2013.

                                                            /s/ Susan O. Hickey
                                                            Hon. Susan O. Hickey
                                                            United States District Judge